

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00493-CR

Adam **AGUIRRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 371st Judicial District Court, Tarrant County, Texas
Trial Court No. 1259423D
The Honorable Phillip Vick, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 5, 2014.

_____
Rebeca C. Martinez, Justice